CORNELL UNIVERSITY, Appellant-Respondent, *v.* MESSING
BAKERIES, INC., Respondent-Appellant.

Argued June 3, 1955; decided July 8, 1955.

*Robert E. Coulson, Forbes D. Shaw, Harry G. Henn, J. William Robinson* and *John V. Thornton* for appellant-respondent.

*Herbert Plaut* and *Charles E. Scribner* for respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD and BURKE, JJ. FROESSEL and VAN VOORHIS, JJ., dissent and vote to reverse and to reinstate the judgment of Special Term.